LOREN A. BARNES *vs.* WILLIAM H. CARMALT.

First Judicial District.

Argued March 6th—decided April 17th, 1906.

ACTION to recover damages for the alleged negligence of the defendant, brought to and heard in damages by the Superior Court in Litchfield County, *Gager, J.*; facts found and judgment rendered for nominal damages only, and appeal by the plaintiff. *No error.*

*Homer R. Scoville,* for the appellant (plaintiff).

*John K. Beach* and *Robert C. Dickenson,* for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in Litchfield County.